UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ZACHARY JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:22-CV-93-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20], DENIES plaintiff's motion for judgment on the pleadings [D.E. 14], GRANTS defendant's motion for judgment on the pleadings [D.E. 17], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on May 26, 2023, and Copies To:**
Derrick Kyle Arrowood           (via CM/ECF electronic notification)
Samantha Zeiler                 (via CM/ECF electronic notification)
Thomas Paul Zimarowski          (via CM/ECF electronic notification)

DATE:                                  PETER A. MOORE, JR., CLERK
May 26, 2023                (By) /s/ Stephanie Mann
                                        Deputy Clerk